393 A.2d 1284

Coyle v. Coyle, Appellant.

Argued April 17, 1978.  John B. Nicklas, Jr., for appellant;  No appearance entered nor brief submitted for appellee.

Order affirmed.

HESTER, J., dissented.

393 A.2d 1284

Delmas et ux., Appellants v. Mitchell.

Argued April 13, 1978.  Richard Kotarba, with him Robert Mauro, for appellants;  Thomas G. Michalek, for appellee.

Orders affirmed.